# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:11-cr-00138-JCM-PAL |
| ) vs. ) | **ORDER** |
| ) | |
| ) LESLIE LATHAM, ) | (Mot. Speedy Trial-Dkt #13) |
| ) | (Mot. Cont Trial - Dkt. #21) |
| ) Defendants. ) | (Mot. Reappoint Counsel - Dkt. #22) |

Before the court is a letter addressed to the Presiding Judge which was docketed by the clerk as a Motion to Continue Trial (Dkt. #21), and Motion for Reappointment of Counsel (Dkt. #22). The letter was mailed June 8, 2011. On June 10, 2011, the court conducted a hearing on two earlier letters addressed to the Presiding Judge which were docketed by the clerk as Defendant's Motion for a Speedy Trial (Dkt #13) and Request for Appointment of New Counsel (Dkt #14), and personally addressed the Defendant and his attorney, Shawn Perez. The June 10, 2011 hearing was continued from a prior hearing conducted June 3, 2011. At the June 3, 2011 hearing, Mr. Perez indicated that he had been in trial and had not recently seen his client. The court conducted a sealed, ex parte hearing and continued the matter to allow Mr. Perez to meet with Mr. Latham. The court also advised the Defednat that with respect to his request for a speedy trial, his trial has been set within the time required by the Speedy Trial Act.

At the June 10, 2011 hearing, counsel for the parties advised the court that Mr. Latham had signed a written plea agreement in which the government would recommend probation. Government counsel intended to put the matter on calendar as soon as possible for change of plea before the district

judge. Mr. Latham confirmed that he and Mr. Perez had resolved their differences, and that he was no longer seeking to have new counsel appointed.

Having reviewed and considered the matter,

**IT IS ORDERED** Defendant's letters, docketed as Motions (Dkt. ##13, 21, 22) are **DENIED as MOOT.**

Dated this 15th day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge